```
 1  SHEILA M. SALOMON (SBN 164619)
    ANDREW L. CHANG (SBN 222309)
 2  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 3  San Francisco, California 94104-2828
    Telephone:    (415) 544-1900
 4  Facsimile:    (415) 391-0281
    ssalomon@shb.com
 5  achang@shb.com

 6  Attorneys for Plaintiffs
    FONOVISA, INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; BMG MUSIC;
 7  ATLANTIC RECORDING CORP.; LOUD RECORDS, LLC; SONY BMG MUSIC
    ENTERTAINMENT; MAVERICK RECORDING CO.; ELEKTRA ENTERTAINMENT GROUP
 8  INC.; WARNER BROS. RECORDS INC.; CAPITOL RECORDS, INC.; VIRGIN RECORDS
    AMERICA, INC.; INTERSCOPE RECORDS; PRIORITY RECORDS LLC; and MOTOWN
 9  RECORD COMPANY, L.P.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FONOVISA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; PRIORITY RECORDS LLC, a California limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>        Plaintiffs,<br>    v.<br>DOES 1-100,<br>        Defendants. | CASE NO. C 05-3520 JSW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |



91932v1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C 05-3520 JSW

1     Upon the Motion for Administrative Relief of Plaintiffs for Leave to Take Immediate Discovery, the Declaration of Jonathan Whitehead and the exhibit thereto, the Declaration of Sheila M. Salomon, and Plaintiffs' Request for Judicial Notice, it is hereby:

    ORDERED that Plaintiffs may serve immediate discovery on SBC Internet Services, Inc. to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendant, including the name, address, telephone number, e-mail address, and Media Access Control addresses for each Defendant. The disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

    Without such discovery, Plaintiffs cannot identify the Doe Defendants, and thus cannot pursue their lawsuit to protect their copyrighted works from repetitive, rampant infringement.

Dated: September 14, 2005

/s/ Jeffrey S. White
United States District Judge
by Hon. Phyllis J. Hamilton